UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8181 CAS (JCRx) | Date | June 23, 2009 |
|---|---|---|---|
| Title | Silvio Henry Palombi et al. v. Robert Frost et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers): Order Enlarging Time and Continuing Hearing on Defendants' Motion for Summary Judgment**

The Court is in receipt of (1) defendants' motion to enlarge time for the filing of dispositive motions, filed June 3, 2009; (2) defendants' motion for summary judgment, filed June 9, 2009; (3) plaintiffs' opposition to defendants' motion for enlargement of time, filed June 11, 2009; and (4) plaintiffs' request to continue hearing on defendants' motion for summary judgment, filed June 11, 2009.  The Court hereby extends the deadline for filing motions from May 29, 2009 to June 9, 2009, and therefore will consider defendants' motion for summary judgment.  The Court hereby continues the hearing on defendants' motion for summary judgment from June 29, 2009 to July 6, 2009 at 10:00 a.m.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |